# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **JUDITH K. KERNS,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 3:06-cv-1113** |
| | ) | **District Judge Trauger** |
| **v.** | ) | |
| | ) | |
| **CATERPILLAR, INC.,** | ) | **Class Action** |
| | ) | |
| **Defendant/Third-Party Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **INTERNATIONAL UNION, UAW,** *et. al,* | ) | |
| | ) | |
| **Third-Party Defendants.** | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the third-party defendants' motion to dismiss (Docket No. 91) is GRANTED IN PART and DENIED IN PART. The third-party defendants' motion to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure is hereby GRANTED. All claims against the six out-of-state Local Unions in Illinois, Pennsylvania, and Colorado are hereby DISMISSED.

The third-party defendants' motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is hereby GRANTED IN PART and DENIED IN PART. The motion is GRANTED as to Counts I and II. Accordingly, those claims are dismissed. The motion is DENIED as to Counts III and IV.

It is so ordered.

Entered this 1st day of May, 2008.

_____
ALETA A. TRAUGER
United States District Judge