THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, et al., ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CATERPILLAR INC., ) <br> ) <br> Defendant/Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL UNION, UAW, et al. ) <br> ) <br> Third-Party Defendants. ) | Case No. 3:06-CV-00235 <br><br> Hon. Aleta A. Trauger <br><br> Mag. Judge Joe B. Brown <br><br> JURY TRIAL DEMANDED <br> Class Action |
| JUDITH K. KERNS, et al., ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> CATERPILLAR INC., ) <br> ) <br> Defendant/Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL UNION, UAW, et al. ) <br> ) <br> Third-Party Defendants. ) | Case No. 3:06-CV-01113 <br><br> Hon. Aleta A. Trauger <br><br> Mag. Judge Joe B. Brown <br><br> JURY TRIAL DEMANDED <br> Class Action |

**ORDER**

Currently pending before the court are the plaintiffs' Motions for Jury Trial (Winnett, 3:06-cv-0235, Docket No. 376; Kerns, 3:06-cv-01113, Docket No. 185) and Caterpillar Inc.'s opposition thereto (Winnett, Docket No. 384; Kerns, Docket No. 193).

For the reasons expressed in the accompanying Memorandum, the plaintiffs' Motions are **DENIED**, and the plaintiffs' jury demands are stricken. Furthermore, the Winnett plaintiffs' alternative request for a non-advisory jury or an advisory jury is **DENIED**.

1

It is so ordered.

_____
ALETA A. TRAUGER
United States District Judge

2