# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CATERPILLAR INC., ) | |
| ) | Case No. 3:06-CV-00235 |
|     Defendant/Third-Party Plaintiff, ) | |
| ) | Hon. Aleta A. Trauger |
| v. ) | |
| ) | Mag. Judge Joe B. Brown |
| INTERNATIONAL UNION, UAW, et al. ) | |
| ) | JURY TRIAL DEMANDED |
|     Third-Party Defendants. ) | Class Action |
| JUDITH K. KERNS, et al., ) | |
|     Plaintiffs, ) | |
| v. ) | |
| ) | |
| CATERPILLAR INC., ) | |
| ) | Case No. 3:06-CV-01113 |
|     Defendant/Third-Party Plaintiff, ) | |
| ) | Hon. Aleta A. Trauger |
| v. ) | |
| ) | Mag. Judge Joe B. Brown |
| INTERNATIONAL UNION, UAW, et al. ) | |
| ) | JURY TRIAL DEMANDED |
|     Third-Party Defendants. ) | Class Action |

## ORDER

Currently pending before the court is the Third-Party Defendants' Motion to Sever Third-Party Claims and Contingent Counterclaims for Separate Trial (Winnett, 3:06-cv-0235, Docket No. 364; Kerns, 3:06-cv-01113, Docket No. 174), Caterpillar Inc.'s opposition thereto (Winnett, 3:06-cv-0235, Docket No. 393; Kerns, 3:06-cv-01113, Docket No. 203), and the Third-Party Defendants' reply (Winnett, 3:06-cv-0235, Docket No. 420; Kerns, 3:06-cv-01113, Docket No. 230). The plaintiffs responded in support of the Third-Party Defendants' Motion. (Winnett,

3:06-cv-0235, Docket No. 368; Kerns, 3:06-cv-01113, Docket No. 180).

For the reasons stated in the accompanying Memorandum, the Motion to Sever will be GRANTED. The remaining third-party claims and contingent counterclaims will be the subject of a separate trial, following the resolution of the claims of both the *Winnett* and *Kerns* classes of retiree plaintiffs.

It is so ORDERED.

_____
ALETA A. TRAUGER
United States District Judge