IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUDITH K. KERNS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:06-1113 |
| ) | Judge Trauger |
| CATERPILLAR, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

It is hereby **ORDERED** that, by January 30, 2012, the parties shall file a joint status report, informing the court of the status of their damages discovery, with suggestions as to a way forward to conclude this case.

It is so **ORDERED**.

ENTER this 19th day of January 2012.

_____
ALETA A. TRAUGER
U.S. District Judge