IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUDITH K. KERNS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:06-1113 |
| ) | Judge Trauger |
| CATERPILLAR, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

It is hereby **ORDERED** that a telephonic status conference will be held with counsel for the parties on Tuesday, October 23, 2012, at 2:00 p.m. CST. Counsel shall call (615) 695-2858 at the appointed time in order to participate in the conference.

It is so **ORDERED**.

ENTER this 7th day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge