IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUDITH K. KERNS, et al., | ) |
| Class Plaintiffs, | ) |
| v. | ) |
| CATERPILLAR INC., | ) Case No. 3:06-CV-1113 |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) Hon. Aleta A. Trauger |
| INTERNATIONAL UNION, UAW, et al. | ) Mag. Judge Juliet E. Griffin |
| Third-Party Defendants. | ) |

**Motion GRANTED for extensions as requested.**

*[signature]*

**JOINT MOTION FOR TEN-DAY EXTENSION OF BRIEFING SCHEDULE
REGARDING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
ON CERTAIN DAMAGES ISSUES (R. 409)**

*Kerns* Class Plaintiffs and Defendant Caterpillar Inc. submit the following Joint Motion to extend by ten (10) days the briefing schedule for Plaintiffs' Motion for Summary Judgment on Certain Damages Issues (R. 409, filed 9/9/2014).

1. On September 9, 2014, Plaintiffs filed their Motion of Summary Judgment on Certain Damages Issues (R. 409) and related filings.

2. Pursuant to the parties' previous joint request, by Order dated September 11, 2014 (R. 421) the Court set the due date for Defendant's Response as October 7, 2014, and the due date for Plaintiffs' Reply (if any) as October 24, 2014.

3. Counsel have reviewed their current litigation commitments, trial schedules and travel calendars, and in particular, a number of conflicts that have arisen since their previous