UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUDITH K. KERNS, et al.,      )<br>    Plaintiffs,      )<br>      )<br>v.      )<br>      )<br>CATERPILLAR INC.,      )<br>    Defendant/Third-Party Plaintiff,      )<br>      )<br>v.      )<br>      )<br>INTERNATIONAL UNION, UAW, et al.,      )<br>    Third-Party Defendants      ) | Case No. 3: 06-CV-1113<br>Judge Trauger |

## Order

This matter is before the court on cross motions for summary judgment on the claims brought by eight individual class members against Caterpillar, Inc. Docket Nos. 385 (Caterpillar's motion), 409 (Plaintiffs' motion). For the reasons stated in the accompanying Memorandum, judgment is entered for the following plaintiffs: Beverly Carson, Wilma Farrenholz, Hattie Grace, Sharon Houser, Laura Mansfield, Florence Miller, Charlotte Seibert, and Nancy Virden. Caterpillar is also ordered to re-enroll these plaintiffs in its insurance plan without premiums.

IT IS SO ORDERED. This Order is the final judgment in this case. The Clerk shall close the file.

_____
ALETA TRAUGER
UNITED STATES DISTRICT JUDGE